PRECIOUS GRIER
100 BRADLEY ST COVINGTON GA 30016

1. SPECIALISED LOAN SERVICING
P.O. BOX 636005
LITTLETON, CO 80163-6005

FAX NUMBER: 1-720-241-7218

2. QUIMBY VENTURES
113 WEST G STREET, BOX #807
SAN DIEGO, CA 92101
PHONE: 619-339-1381
FAX: 619-607-3395

Filed in U.S. Bankruptcy Court
Atlanta, Georgia

SEP - 6 2022

M. Regina Thomas, Clerk
Rachael Smith
Deputy Clerk