| Creditor: | Specialized Loan Servicing LLC |
|---|---|
| Debtor: | Precious Grier |
| Case No.: | 22-57069 |
| Loan No.: | xxxxxx9505 |
| Our File No.: | 4151-N-4976 |
| Collateral: | 100 Bradley Street Covington, GA 30016 |

**PAYMENTS RECEIVED**

| | |
|---|---|
| Loan Status as of: | 9/19/2022 |
| Initial Due Date: | 4/1/2019 |

| Date Received | Amount Received | Due Date | Amount Due | NSF/Late Charges/Other | Paid Over/Short | Description |
|---|---|---|---|---|---|---|
|  | $ - | 4/1/2019 | $ 1,040.58 | $ - | $ (1,040.58) | Payment Accrued |
| 3/19/2019 | $ 965.00 |  |  | $ - | $ 965.00 | Funds Received |
| 4/24/2019 | $ 964.00 |  |  | $ - | $ 964.00 | Funds Received |
|  | $ - | 5/1/2019 | $ 1,040.58 | $ - | $ (1,040.58) | Payment Accrued |
|  | $ - | 6/1/2019 | $ 1,040.58 | $ - | $ (1,040.58) | Payment Accrued |
|  | $ - | 7/1/2019 | $ 1,040.58 | $ - | $ (1,040.58) | Payment Accrued |
| 7/3/2019 | $ 1,924.54 |  |  | $ - | $ 1,924.54 | Funds Received |
|  | $ - | 8/1/2019 | $ 1,040.58 | $ - | $ (1,040.58) | Payment Accrued |
| 8/23/2019 | $ 968.00 |  |  | $ - | $ 968.00 | Funds Received |
|  | $ - | 9/1/2019 | $ 1,040.58 | $ - | $ (1,040.58) | Payment Accrued |
| 9/23/2019 | $ 968.00 |  |  | $ - | $ 968.00 | Funds Received |
|  | $ - | 10/1/2019 | $ 1,040.58 | $ - | $ (1,040.58) | Payment Accrued |
| 10/7/2019 | $ 797.00 |  |  | $ - | $ 797.00 | Funds Received |
|  | $ - | 11/1/2019 | $ 1,040.58 | $ - | $ (1,040.58) | Payment Accrued |
| 11/7/2019 | $ 964.00 |  |  | $ - | $ 964.00 | Funds Received |
|  | $ - | 12/1/2019 | $ 1,040.58 | $ - | $ (1,040.58) | Payment Accrued |
|  | $ - | 1/1/2020 | $ 1,040.58 | $ - | $ (1,040.58) | Payment Accrued |
| 1/31/2020 | $ 2,133.79 |  |  | $ - | $ 2,133.79 | Funds Received |
| 1/31/2020 | $ - |  |  | $ (32.89) | $ (32.89) | Late Fees |
|  | $ - | 2/1/2020 | $ 1,040.58 | $ - | $ (1,040.58) | Payment Accrued |
|  | $ - | 3/1/2020 | $ 1,040.58 | $ - | $ (1,040.58) | Payment Accrued |
| 3/20/2020 | $ 2,000.00 |  |  | $ - | $ 2,000.00 | Funds Received |
| 3/30/2020 | $ - |  |  | $ (61.42) | $ (61.42) | Late Fees |
|  | $ - | 4/1/2020 | $ 1,040.58 | $ - | $ (1,040.58) | Payment Accrued |
|  | $ - | 5/1/2020 | $ 1,040.58 | $ - | $ (1,040.58) | Payment Accrued |
| 5/19/2020 | $ 1,500.00 |  |  | $ - | $ 1,500.00 | Funds Received |
| 5/20/2020 | $ - |  |  | $ (30.71) | $ (30.71) | Late Fees |
| 5/29/2020 | $ 498.94 |  |  | $ - | $ 498.94 | Funds Received |
|  | $ - | 6/1/2020 | $ 1,040.58 | $ - | $ (1,040.58) | Payment Accrued |
|  | $ - | 7/1/2020 | $ 1,040.58 | $ - | $ (1,040.58) | Payment Accrued |
|  | $ - | 8/1/2020 | $ 1,040.58 | $ - | $ (1,040.58) | Payment Accrued |
|  | $ - | 9/1/2020 | $ 1,040.58 | $ - | $ (1,040.58) | Payment Accrued |
|  | $ - | 10/1/2020 | $ 1,040.58 | $ - | $ (1,040.58) | Payment Accrued |
|  | $ - | 11/1/2020 | $ 1,040.58 | $ - | $ (1,040.58) | Payment Accrued |
|  | $ - | 12/1/2020 | $ 1,122.72 | $ - | $ (1,122.72) | Payment Accrued |
|  | $ - | 1/1/2021 | $ 1,122.72 | $ - | $ (1,122.72) | Payment Accrued |
|  | $ - | 2/1/2021 | $ 1,122.72 | $ - | $ (1,122.72) | Payment Accrued |
|  | $ - | 3/1/2021 | $ 1,122.72 | $ - | $ (1,122.72) | Payment Accrued |
|  | $ - | 4/1/2021 | $ 1,122.72 | $ - | $ (1,122.72) | Payment Accrued |
|  | $ - | 5/1/2021 | $ 1,122.72 | $ - | $ (1,122.72) | Payment Accrued |
|  | $ - | 6/1/2021 | $ 1,122.72 | $ - | $ (1,122.72) | Payment Accrued |
|  | $ - | 7/1/2021 | $ 1,122.72 | $ - | $ (1,122.72) | Payment Accrued |
|  | $ - | 8/1/2021 | $ 1,122.72 | $ - | $ (1,122.72) | Payment Accrued |
|  | $ - | 9/1/2021 | $ 1,122.72 | $ - | $ (1,122.72) | Payment Accrued |
|  | $ - | 10/1/2021 | $ 1,020.14 | $ - | $ (1,020.14) | Payment Accrued |
|  | $ - | 11/1/2021 | $ 1,020.14 | $ - | $ (1,020.14) | Payment Accrued |
|  | $ - | 12/1/2021 | $ 1,020.14 | $ - | $ (1,020.14) | Payment Accrued |
|  | $ - | 1/1/2022 | $ 1,020.14 | $ - | $ (1,020.14) | Payment Accrued |
|  | $ - | 2/1/2022 | $ 992.46 | $ - | $ (992.46) | Payment Accrued |

|  |  |  | Date | Amount |  | Amount |  | Balance | Description |
|---|---|---|---|---|---|---|---|---|---|
|  | $ | - | 3/1/2022 | $ 992.46 | $ | - | $ | (992.46) | Payment Accrued |
|  | $ | - | 4/1/2022 | $ 992.46 | $ | - | $ | (992.46) | Payment Accrued |
|  | $ | - | 5/1/2022 | $ 992.46 | $ | - | $ | (992.46) | Payment Accrued |
|  | $ | - | 6/1/2022 | $ 992.46 | $ | - | $ | (992.46) | Payment Accrued |
|  | $ | - | 7/1/2022 | $ 992.46 | $ | - | $ | (992.46) | Payment Accrued |
|  | $ | - | 8/1/2022 | $ 992.46 | $ | - | $ | (992.46) | Payment Accrued |
|  | $ | - | 9/1/2022 | $ 992.46 | $ | - | $ | (992.46) | Payment Accrued |
| 9/13/2022 | $ | - |  |  | $ | - | $ | - | Fee Waived |
| **Total:** | $ | 13,683.27 |  | $ 44,059.04 | $ | (125.02) | $ | (30,500.79) |  |

| Delinquent Payments |  | Days Delinquent: | 874 |  |
|---|---|---|---|---|
| Month Due | P&I Due | Escrow Due | Stip Due | Total Due |
| 5/1/2020 | $ 614.37 | $ 426.21 | $ - | $ 1,040.58 |
| 6/1/2020 | $ 614.37 | $ 426.21 | $ - | $ 1,040.58 |
| 7/1/2020 | $ 614.37 | $ 426.21 | $ - | $ 1,040.58 |
| 8/1/2020 | $ 614.37 | $ 426.21 | $ - | $ 1,040.58 |
| 9/1/2020 | $ 614.37 | $ 426.21 | $ - | $ 1,040.58 |
| 10/1/2020 | $ 614.37 | $ 426.21 | $ - | $ 1,040.58 |
| 11/1/2020 | $ 614.37 | $ 426.21 | $ - | $ 1,040.58 |
| 12/1/2020 | $ 614.37 | $ 508.35 | $ - | $ 1,122.72 |
| 1/1/2021 | $ 614.37 | $ 508.35 | $ - | $ 1,122.72 |
| 2/1/2021 | $ 614.37 | $ 508.35 | $ - | $ 1,122.72 |
| 3/1/2021 | $ 614.37 | $ 508.35 | $ - | $ 1,122.72 |
| 4/1/2021 | $ 614.37 | $ 508.35 | $ - | $ 1,122.72 |
| 5/1/2021 | $ 614.37 | $ 508.35 | $ - | $ 1,122.72 |
| 6/1/2021 | $ 614.37 | $ 508.35 | $ - | $ 1,122.72 |
| 7/1/2021 | $ 614.37 | $ 508.35 | $ - | $ 1,122.72 |
| 8/1/2021 | $ 614.37 | $ 508.35 | $ - | $ 1,122.72 |
| 9/1/2021 | $ 614.37 | $ 508.35 | $ - | $ 1,122.72 |
| 10/1/2021 | $ 614.37 | $ 405.77 | $ - | $ 1,020.14 |
| 11/1/2021 | $ 614.37 | $ 405.77 | $ - | $ 1,020.14 |
| 12/1/2021 | $ 614.37 | $ 405.77 | $ - | $ 1,020.14 |
| 1/1/2022 | $ 614.37 | $ 405.77 | $ - | $ 1,020.14 |
| 2/1/2022 | $ 614.37 | $ 378.09 | $ - | $ 992.46 |
| 3/1/2022 | $ 614.37 | $ 378.09 | $ - | $ 992.46 |
| 4/1/2022 | $ 614.37 | $ 378.09 | $ - | $ 992.46 |
| 5/1/2022 | $ 614.37 | $ 378.09 | $ - | $ 992.46 |
| 6/1/2022 | $ 614.37 | $ 378.09 | $ - | $ 992.46 |
| 7/1/2022 | $ 614.37 | $ 378.09 | $ - | $ 992.46 |
| 8/1/2022 | $ 614.37 | $ 378.09 | $ - | $ 992.46 |
| 9/1/2022 | $ 614.37 | $ 378.09 | $ - | $ 992.46 |
| Delinquency |  |  |  | $ 30,531.50 |
| Less Suspense |  |  |  | $ 30.71 |
| Total Delinquency |  |  |  | $ 30,500.79 |